IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:11-CR-00068-001 (CAR) |
| **RONALD MARK GOSS** | |

### ORDER

On January 9, 2025, a *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 75) was issued for the above-named defendant for a violation of his term of supervised release. On January 13, 2025, the defendant was summoned to appear on the outstanding petition on January 14, 2025. The Court ordered the defendant's release with no additional conditions of supervision. The defendant subsequently provided the requested financial documentation as required by his conditions of supervise release.

**IT IS HEREBY ORDERED** that the *Petition for Warrant or Summons for Offender Under Supervision* be dismissed for good and sufficient cause shown to the Court.

SO ORDERED this **5** day of **February**, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH